**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | All Cases in Exhibit A |

**ORDER**

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this 20th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

4:08-cv-03838-WRW  Jarrell et al v. American Home Products Corporation et al

4:08-cv-03839-WRW  Javins et al v. American Home Products Corporation et al

4:08-cv-03841-WRW  Jarrell et al v. American Home Products Corporation et al

4:08-cv-03843-WRW  Jeffers et al v. American Home Products Corporation et al

4:08-cv-03844-WRW  Johnson v. American Home Products Corporation et al

4:08-cv-03846-WRW  Johnson et al v. American Home Products Corporation et al

4:08-cv-03847-WRW  Jordan et al v. American Home Products Corporation et al

4:08-cv-03849-WRW  Keith et al v. American Home Products Corporation et al

4:08-cv-03850-WRW  Kellar v. American Home Products Corporation et al

4:08-cv-03851-WRW  Kelly v. American Home Products Corporation et al

4:08-cv-03853-WRW  Kessinger v. American Home Products Corporation et al

4:08-cv-03854-WRW  Kimball et al v. American Home Products Corporation et al

4:08-cv-03856-WRW  King et al v. American Home Products Corporation et al

4:08-cv-03857-WRW  King v. American Home Products Corporation et al

4:08-cv-03858-WRW  Kinser v. American Home Products Corporation et al

4:08-cv-03859-WRW  Kittle et al v. American Home Products Corporation et al

4:08-cv-03860-WRW  Knight et al v. American Home Products Corporation et al

4:08-cv-03862-WRW  Koon v. American Home Products Corporation et al

4:08-cv-03863-WRW  Kozielec et al v. American Home Products Corporation et al

4:08-cv-03864-WRW  Lamb v. American Home Products Corporation et al

4:08-cv-03865-WRW  Lambert v. American Home Products Corporation et al

4:08-cv-03867-WRW  Lane et al v. American Home Products Corporation et al

4:08-cv-03868-WRW  Lane et al v. American Home Products Corporation et al

4:08-cv-03869-WRW   Lanham et al v. American Home Products Corporation et al

4:08-cv-03870-WRW   Lawrence v. American Home Products Corporation et al

4:08-cv-03871-WRW   Layton et al v. American Home Products Corporation et al

4:08-cv-03873-WRW   Lemaster v. American Home Products Corporation et al

4:08-cv-03874-WRW   Karnes et al v. American Home Products Corporation et al

4:08-cv-03875-WRW   Kassay et al v. American Home Products Corporation et al

4:08-cv-03876-WRW   Layfield et al v. American Home Products Corporation et al

4:08-cv-03877-WRW   Lemasters v. American Home Products Corporation et al

4:08-cv-03878-WRW   Lester-Houston et al v. American Home Products Corporation et al

4:08-cv-03879-WRW   Lester et al v. American Home Products Corporation et al

4:08-cv-03880-WRW   Underwood-Lewis et al v. American Home Products Corporation et al

4:08-cv-03882-WRW   Linkous v. American Home Products Corporation et al

4:08-cv-03884-WRW   Lively et al v. American Home Products Corporation et al

4:08-cv-03887-WRW   Looman v. American Home Products Corporation et al

4:08-cv-03888-WRW   Logan et al v. American Home Products Corporation et al

4:08-cv-03889-WRW   Lovejoy v. American Home Products Corporation et al

4:08-cv-03890-WRW   Lucion v. American Home Products Corporation et al

4:08-cv-03891-WRW   Lyons et al v. American Home Products Corporation et al

4:08-cv-03892-WRW   MacKnight et al v. American Home Products Corporation et al

4:08-cv-03893-WRW   Marcum et al v. American Home Products Corporation et al

4:08-cv-03894-WRW   Marshall et al v. American Home Products Corporation et al

4:08-cv-03895-WRW   Mason et al v. American Home Products Corporation et al

4:08-cv-03897-WRW   Maxwell v. American Home Products Corporation et al

4:08-cv-03898-WRW   May v. American Home Products Corporation et al

4:08-cv-03900-WRW   May v. American Home Products Corporation et al

4:08-cv-03901-WRW   Mayes et al v. American Home Products Corporation et al

4:08-cv-03902-WRW   Mayle et al v. American Home Products Corporation et al

4:08-cv-03903-WRW   Maynard et al v. American Home Products Corporation et al

4:08-cv-03904-WRW   Maynor et al v. American Home Products Corporation et al

4:08-cv-03905-WRW   Mayo et al v. American Home Products Corporation et al

4:08-cv-03906-WRW   McClure et al v. American Home Products Corporation et al

4:08-cv-03908-WRW   McCormick v. American Home Products Corporation et al

4:08-cv-03909-WRW   Ross et al v. American Home Products Corporation et al

4:08-cv-03911-WRW   Ross v. American Home Products Corporation et al

4:08-cv-03913-WRW   Roy et al v. American Home Products Corporation et al

4:08-cv-03914-WRW   Runyan et al v. American Home Products Corporation et al

4:08-cv-03915-WRW   McManaman et al v. American Home Products Corporation et al

4:08-cv-03916-WRW   McMillion v. American Home Products Corporation et al

4:08-cv-03918-WRW   Samples v. American Home Products Corporation et al

4:08-cv-03919-WRW   Sams v. American Home Products Corporation et al

4:08-cv-03920-WRW   Sarrett et al v. American Home Products Corporation et al

4:08-cv-03921-WRW   Satterfield v. American Home Products Corporation et al

4:08-cv-03922-WRW   Saunders et al v. American Home Products Corporation et al

4:08-cv-03923-WRW   Saunders et al v. American Home Products Corporation et al

4:08-cv-03924-WRW   Scaggs et al v. American Home Products Corporation et al

4:08-cv-03954-WRW   White et al v. American Home Products Corporation et al

4:08-cv-03956-WRW   Means et al v. American Home Products Corporation et al

4:08-cv-03962-WRW   Metz et al v. American Home Products Corporation et al

4:08-cv-03963-WRW   Metts v. American Home Products Corporation et al

4:08-cv-03967-WRW   Midkiff v. American Home Products Corporation et al

4:08-cv-03969-WRW   Milam et al v. American Home Products Corporation et al

4:08-cv-03973-WRW   Miller v. American Home Products Corporation et al

4:08-cv-03975-WRW   Miller v. American Home Products Corporation et al

4:08-cv-03977-WRW   Miller et al v. American Home Products Corporation et al

4:08-cv-03982-WRW   Miller et al v. American Home Products Corporation et al

4:08-cv-03983-WRW   Moncrief et al v. American Home Products Corporation et al

4:08-cv-03985-WRW   Mitchell v. American Home Products Corporation et al

4:08-cv-03987-WRW   Monroe et al v. American Home Products Corporation et al

4:08-cv-03989-WRW   Monty v. American Home Products Corporation et al

4:08-cv-03990-WRW   Thompson et al v. American Home Products Corporation et al

4:08-cv-03991-WRW   Morgan et al v. American Home Products Corporation et al

4:08-cv-03996-WRW   Murphy v. American Home Products Corporation et al

4:08-cv-03998-WRW   Murphy v. American Home Products Corporation et al

4:08-cv-04001-WRW   Muncy v. American Home Products Corporation et al

4:08-cv-04002-WRW   Mullins et al v. American Home Products Corporation et al

4:08-cv-04004-WRW   Mounts v. American Home Products Corporation et al

4:08-cv-04006-WRW   Mounts v. American Home Products Corporation et al

4:08-cv-04010-WRW   Newman et al v. American Home Products Corporation et al

4:08-cv-04011-WRW   Nichols et al v. American Home Products Corporation et al

4:08-cv-04012-WRW   Neace et al v. American Home Products Corporation et al

4:08-cv-04014-WRW   Murphy et al v. American Home Products Corporation et al

4:08-cv-04018-WRW   Napier et al v. American Home Products Corporation et al

4:08-cv-04020-WRW   Mutters et al v. American Home Products Corporation et al

4:08-cv-04026-WRW   Null v. American Home Products Corporation et al

4:08-cv-04029-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04031-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04034-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04039-WRW   Overbaugh et al v. American Home Products Corporation et al

4:08-cv-04043-WRW   Pack et al v. American Home Products Corporation et al

4:08-cv-04048-WRW   Painter et al v. American Home Products Corporation et al

4:08-cv-04051-WRW   Pauley et al v. American Home Products Corporation et al

4:08-cv-04053-WRW   Paxton v. American Home Products Corporation et al

4:08-cv-04056-WRW   Payne et al v. American Home Products Corporation et al

4:08-cv-04062-WRW   Pemberton et al v. American Home Products Corporation et al

4:08-cv-04065-WRW   Pennington et al v. American Home Products Corporation et al

4:08-cv-04067-WRW   Perkins et al v. American Home Products Corporation et al

4:08-cv-04069-WRW   Perrine et al v. American Home Products Corporation et al

4:08-cv-04071-WRW   Perry et al v. American Home Products Corporation et al

4:08-cv-04078-WRW   Perry v. American Home Products Corporation et al

4:08-cv-04080-WRW   Perry et al v. American Home Products Corporation et al

4:08-cv-04081-WRW   Peters v. American Home Products Corporation et al